UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GLENN GREEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-00048-ART-CLB<br><br>VOLUNTARY DISMISSAL ORDER |

Plaintiff Glenn Green previously submitted an application to proceed *in forma pauperis*, a civil rights complaint under 42 U.S.C. § 1983, a motion for appointment of counsel, and a motion to compel. (ECF Nos. 1, 1-1, 1-3, 4.) The Court has not yet screened the complaint.

Plaintiff now files a motion for voluntary dismissal. (ECF No. 6.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

It is therefore ordered that the motion for voluntary dismissal (ECF No. 6) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the Clerk of the Court will close the case.

DATED: March 13, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE